**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 2968 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy St. Eve |
| THOMAS J. DART, SHERIFF OF COOK | ) | |
| COUNTY and COOK COUNTY, ILLINOIS | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR FILE MOTION TO DISMISS**

NOW COME Defendants, COUNTY OF COOK, a body politic, and THOMAS DART, Sheriff of Cook County, through their attorney Anita Alvarez, through her assistant, Edgar L. Berre III, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That Plaintiff filed a Complaint on May 13, 2010. Defendants were served with the Complaint on or about May 19, 2010.

2. That the Cook County State's Attorney's Office received a copy of the Complaint on May 20, 2010 and the case was assigned to Assistant State's Attorney Edgar L. Berre III on May 28, 2010.

3. Above counsel has ordered all records that may be related to Plaintiff's federal claims and are necessary to prepare a proper answer or motion to dismiss to Plaintiff's allegations in the Complaint. These documents are not likely to be received by undersigned counsel for at least 30 days.

4. Defendants' answer is due on June 8, 2010.

5. That the Plaintiff will not be prejudiced if the Defendants' Motion is granted.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the following relief:

1. That this Honorable Court grant an enlargement of time of 45 days from the date Defendant's Answer to Plaintiff's Amended Complaint is due to July 23, 2010 to answer or otherwise file a motion to dismiss.

2. And to grant any other relief it deems necessary and just.

        Respectfully submitted,

        ANITA ALVAREZ
        State's Attorney of Cook County

By:    */s/ Edgar L. Berre III*
        Edgar L. Berre III
        Assistant State's Attorney
        Torts / Civil Actions Bureau
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-5170